**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————

**No. 00-6856**

————

CHRISTOPHER DALE MOORE,

                                  Petitioner - Appellant,

        versus

NORTH CAROLINA ATTORNEY GENERAL; JOSEPH LEE
HAMILTON, JR., Acting Secretary of the North
Carolina Department of Corrections,

                                  Respondents - Appellees.

————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  James A. Beaty, Jr., District Judge.  (CA-99-802-1)

————

Submitted:  August 24, 2000          Decided:  August 31, 2000

————

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

————

Dismissed by unpublished per curiam opinion.

————

Christopher Dale Moore, Appellant Pro Se.  Diane Appleton Reeves, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Christopher Dale Moore seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Moore v. North Carolina Attorney Gen., No. CA-99-802-1 (M.D.N.C. June 5, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED